**NOTE: CHANGES MADE BY COURT**

# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KATHERINE HOYT<br><br>  Plaintiff,<br><br>  v.<br><br>U.S. BANCORP, et al.,<br><br>  Defendants. | Case No. 8:25-cv-00167-FWS-KES<br><br>**ORDER RE STIPULATION OF DISMISSAL WITH PREJUDICE OF ACTION AND ALL CLAIMS [15]** |

///
///
///

-1-

ORDER

# ORDER OF DISMISSAL

Having reviewed and considered the Stipulation of Dismissal with Prejudice of Action and All Claims [15] ("Stipulation"), between Plaintiff KATHERINE HOYT ("Plaintiff") and Defendant U.S. BANK NATIONAL ASSOCIATION (erroneously sued as U.S. BANCORP d//b/a U.S. BANK) ("Defendant"), the files and records of the case, the applicable law, including Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and for the good cause demonstrated in the Stipulation, the court **APPROVES** the Stipulation and **ORDERS** the following:

The above-captioned case and all claims asserted in the above-captioned case by Plaintiff against Defendant are **DISMISSED WITH PREJUDICE**, and each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED**.

Dated: August 7, 2025

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE